**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1234

BAMBANG MURGINO,

        Petitioner,

    v.

MICHAEL B. MUKASEY, Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: July 30, 2008        Decided: August 28, 2008

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Bambang Murgino, Petitioner Pro Se. Ada Elsie Bosque, Daniel Eric Goldman, Rebecca Ariel Hoffberg, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bambang Murgino, a native and citizen of Indonesia, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing his appeal from the immigration judge's decision denying his requests for withholding of removal and protection under the Convention Against Torture.[*]  We have reviewed the record and the Board's order and affirm the denial of relief for the reasons stated by the Board.  See In re: Murgino (B.I.A. Jan. 31, 2008).  Accordingly, we deny the petition for review.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*]On March 31, 2008, we granted the Attorney General's motion to dismiss the petition for review to the extent that it related to Murgino's application for asylum.